UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICK A. YOUNG,

    Plaintiff,

  v.

JOSEPH LEHMAN, *et al.*,

    Defendants.

Case No. C03-5588FDB

ORDER STAYING PAYMENT OF COSTS

The Court adopted the Report and Recommendation. (Dkt. # !02) Part of the order addressed Plaintiff's motion for an order directing payment of costs from Plaintiff's savings account, denying such an order as not being in the Plaintiff's long-term best interest.

Plaintiff has filed an appeal and has paid his appeal fees. Defendants submitted a costs bill. Plaintiff now moves for an order staying payment of costs pending appeal.  Under the circumstances, the Court will grant the requested stay.  ACCORDINGLY,

IT IS ORDERED: Plaintiff's Motion For Order Staying Payment of Costs [Dkt. # 110] is GRANTED and payment of costs is STAYED pending appeal.

DATED this 8th day of August, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1